

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

" Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated January 17, 2013, it is ordered that these causes be transferred to the First Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the First Court of Appeals.

| | |
|---|---|
| 09-12-580-CR | Jared Len Cruse v. State of Texas |
| 09-12-582-CR | Christie Beatrice Carmichael v. State of Texas |
| 09-12-583-CR | Matthew Brennan Awbrey v. State of Texas |
| 09-12-585-CV | Wallace Debes v. Cahoot's Entertainment, Inc. et al |
| 09-12-586-CR | Adelina Margarita Banuelos v. State of Texas |
| 09-12-587-CR | Adelina Margarita Banuelos v. State of Texas |
| 09-12-588-CR | Adelina Margarita Banuelos v. State of Texas |
| 09-12-589-CR | Adelina Margarita Banuelos v. State of Texas |
| 09-12-591-CV | Michael M. Euler v. Miles Marks et al |
| 09-12-593-CR | Ernest Peter Thomas v. State of Texas |
| 09-12-596-CR | Carlton Ray Bush Jr. v. State of Texas |
| 09-12-600-CR | Josiah Blake Teinert v. State of Texas |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the First District of Texas at Houston as appears of record in Minute Book Volume 17 Page 238."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 23rd of January 2013.

_____
Carol Anne Harley
Clerk of the Court